IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CHRISTOPHER GRENIER, | Cause No. CV 22-52-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| BRINEY ET AL., | |
| Defendants. | |

Plaintiff Christopher Grenier filed a Complaint regarding conditions of confinement at Lake County Jail, Polson, Montana. (Doc. 2.) On March 10, 2022, this Court directed him to file his jail account statement by March 28, 2022. (Doc. 3.) He has not filed his account statement.

It is therefore HEREBY ORDERED that this matter is DISMISSED without prejudice, pursuant to Fed. R. Civ. P. 41(b). The Clerk of Court is directed to close the case.

DATED this 5th day of April, 2022.

Donald W. Molloy
United States District Court Judge

1